UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JEREMY JONES,

Petitioner,

Civil No. 21-2576 (JRT/ECW)

v.

**ORDER**

WARDEN J. FIKES,

Respondent.

Jeremy Jones, Reg. No. 29510-076, 5859 Jardin Place, Memphis, TN 38141, *pro se* petitioner.

Ana H Voss, Assistant United States Attorney, **UNITED STATES ATTORNEY'S OFFICE,** 300 South 4th Street, Suite 600, Minneapolis, MN 55415, for respondent.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated May 31, 2023, all the files and records, and no objections having been filed, **IT IS HEREBY ORDERED** that:

1. Jeremy Jones' Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (ECF No. 1) is **DENIED**;

2. Petitioner Jeremy Jones' request for preliminary injunction (ECF No. 23) is **DENIED AS MOOT**;

3. Petitioner Jeremy Jones' Supplemental Briefing and Motion to Deny All Request for Extension of Time (ECF No. 45) is **DENIED AS MOOT**;

4. Petitioner Jeremy Jones' Motion for Default Judgment (ECF No. 47) is **DENIED;** and

5. This action is **DISMISSED**.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 28, 2023                                         ____s/John R. Tunheim_____
at Minneapolis, Minnesota                        JOHN R. TUNHEIM
                                                                        United States District Judge